```
1  THOMAS P. O'BRIEN
   United States Attorney
2  LEON W. WEIDMAN
   Assistant United States Attorney
3  Chief, Civil Division
   ENRICO M. ALIS, CSBN 217509
4  Special Assistant United States Attorney
   333 Market Street, Suite 1500
5  San Francisco, CA  94105
   Telephone: (415) 977-8933
6  Facsimile: (415) 744-0134
   E-Mail: enrico.alis@ssa.gov
7
   Attorneys for Defendant
8
```

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| CHARISSA D. HEWETT,<br><br>　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security Administration,<br><br>　　　Defendant. | Case No. CV 07-08172 JTL<br><br>**JUDGMENT OF REMAND** |

　　The Court having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence 4 of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation for Remand") lodged concurrent with the lodging of the within Judgment of Remand,

///

///

1     **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the
2 above-captioned action is remanded to the Commissioner of Social
3 Security for further proceedings consistent with the Stipulation for Remand.
4 DATED: August 26, 2008

6         __/s/Jennifer T. Lum_____
7         UNITED STATES MAGISTRATE JUDGE